USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/14/2023

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANIECIA LASHELLE JACKSON,

        Plaintiff,

-against-                              Case No.  1:23-cv-3966-ALC-KHP

SENSIO, INC.,

        Defendant.

**JOINT AND UNOPPOSED MOTION TO APPEAR REMOTELY**

Counsel for the parties respectfully request permission from the Court to appear telephonically or via video conference for the Fed R. Civ. P. 16 Conference on July 17, 2023. In support of this motion, parties state as follows:

1. The parties' hearing is on July 17, 2023, at 10:35 AM EST.
2. Plaintiff's lead counsel, Anna Rick, is located in Saint Paul, Minnesota.
3. Anna Rick will be accessible via telephone or videoconference.
4. Defendant's lead counsel, Bernice Margolis, recently underwent surgery and has limited mobility.
5. Bernice Margolis will be accessible via telephone or videoconference.

Wherefore, the parties respectfully request that Anna Rick and Bernice Margolis be permitted to appear telephonically or via video conference on July 17, 2023.

Respectfully submitted this 14th day of July, 2023.

**JOHNSON BECKER, PLLC**                          **WILSON ELSER MOSKOWITZ**
                                                                               **EDELMAN & DICKER LLP**

*/s/ Anna R. Rick*                                               */s/ Bernice E. Margolis (with permission)*

| | |
|---|---|
| Adam J. Kress, Esq.<br>*Pro Hac Vice to be filed*<br>Anna R. Rick, Esq.<br>*Admitted Pro Hac Vice*<br>444 Cedar Street, Suite 1800<br>St. Paul, MN 55101<br>(612) 436-1800 (phone)<br>(612) 436-1801 (fax)<br>akress@johnsonbecker.com<br>arick@johnsonbecker.com | Bernice E. Margolis, Esq.<br>1133 Westchester Avenue<br>White Plains, NY 10604<br>(914) 323-7000 (phone)<br>(914) 323-7001 (fax)<br>bernice.margolis@wilsonelser.com<br><br>*Attorneys for Defendant* |

*In association with:*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

Randi Kassan, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
(516) 741-5600 (phone)
(516) 741-0128 (fax)
rkassan@milberg.com

*Attorneys for Plaintiff*

---

**APPLICATION GRANTED:** The Initial Case Management Conference in this matter scheduled for Monday, July 17, 2023, at 10:35 a.m. is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code 4858267.

APPLICATION GRANTED

*[Signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

**07/14/2023**