UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2024
```

ANIECIA LASHELLE JACKSON,

        Plaintiff,

-against-                            Case No. 1:23-cv-3966-ALC-KHP

SENSIO, INC.,

        Defendant.

**MEMO ENDORSED**

## MOTION TO APPEAR REMOTELY

Counsel for Plaintiff respectfully request permission from the Court to appear telephonically or via video conference for the upcoming Status Conference on February 29, 2024. In support of this motion, Plaintiff states as follows:

1. The parties' hearing is currently scheduled for February 29, 2024, at 3:30 PM EST.

2. Upon the request of chambers, the parties are in the process of attempting to reschedule said Status Conference for the morning of February 28, 2024.

3. Plaintiff's lead counsel, Adam J. Kress, is located in Saint Paul, Minnesota.

4. Adam J. Kress will be accessible via telephone or videoconference.

Wherefore, in an effort to save costs, Plaintiff respectfully requests that Adam J. Kress be permitted to appear telephonically or via video conference for the Status Conference.

Respectfully submitted this 27th day of February, 2024.

                                            **JOHNSON BECKER, PLLC**

                                            */s/ Anna R. Rick*
                                            Adam J. Kress, Esq.
                                            *Pro Hac Vice to be filed*

Anna R. Rick, Esq.
*Admitted Pro Hac Vice*
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800 (phone)
(612) 436-1801 (fax)
akress@johnsonbecker.com
arick@johnsonbecker.com

*In association with:*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

Randi Kassan, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
(516) 741-5600 (phone)
(516) 741-0128 (fax)
rkassan@milberg.com

*Attorneys for Plaintiff*

---

**APPLICATION GRANTED:** The case management conference scheduled for Wednesday, February 29, 2024 at 3:30 p.m. is hereby rescheduled to Wednesday, February 29, 2024 at 12:00 p.m. and converted to a telephonic conference. At the scheduled time, the parties shall dial (646) 453-4442, conference code 631 817 990#.

APPLICATION GRANTED

*[signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.
02/27/2024

-2-