```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  02/29/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ANIECIA LASHELLE JACKSON,

                              Plaintiff,

            -against-

SENSIO, INC.,

                             Defendant.
-------------------------------------------------------------------X

**23-CV-3966 (ALC) (KHP)**

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephone conference will be held on **Thursday, March 28, 2024 at 4:00 p.m.** in advance of a settlement conference. Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.

           **SO ORDERED.**

DATED:     New York, New York
                February 29, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge