```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANIECIA LASHELLE JACKSON,

                        Plaintiff,                      23-CV-3966 (ALC) (KHP)

      -against-                          **ORDER**

SENSIO, INC.,

                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 16, 2024, the Court issued an Order instructing the parties to file a status letter by October 31, 2024, updating the Court on the status of settlement. (ECF No. 36.) The parties have not done so. Accordingly, by **February 20, 2025**, the parties shall file a status letter updating the Court on the status of settlement and whether either side wishes to engage in summary judgment briefing before a trial is scheduled.

**SO ORDERED.**

DATED:      New York, New York
               February 13, 2025

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge