```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANIECIA LASHELLE JACKSON,

                        Plaintiff,              **23-CV-3966 (ALC) (KHP)**

     -against-                                **ORDER**

SENSIO, INC.,

                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

     As discussed at the Case Management Conference on February 27, 2025, Adam Kress shall file a motion to appear *pro hac vice* by **March 3, 2025**. The deadline for the completion of fact and expert discovery is hereby extended to **May 28, 2025**. Further extensions are unlikely to be granted. Any motions for summary judgment shall be filed within 30 days of the close of discovery, that is, by **June 27, 2025**.

     In addition, the parties shall file a status letter by **April 14, 2025**, updating the Court on the status of discovery.

**SO ORDERED.**

DATED:     New York, New York
               February 27, 2025

                                           *Katharine H Parker*
                                           _____
                                           KATHARINE H. PARKER
                                           United States Magistrate Judge