```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANIECIA LASHELLE JACKSON,

                      Plaintiff,                      23-CV-3966 (ALC) (KHP)

    -against-                           **ORDER**

SENSIO, INC.,

                      Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 18, 2025, the parties filed a proposed protective order and accompanying letter asking Judge Andrew L. Carter Jr. to enter the protective order on the docket. (ECF No. 48.) The undersigned is referred for general pretrial matters and therefore the parties' request regarding the protective order should have been addressed to the undersigned. Accordingly, the parties are directed to refile their request in compliance with my Individual Rules regarding protective orders.

**SO ORDERED.**

DATED:      New York, New York
               March 21, 2025

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge