# JOHNSON // BECKER PLLC

444 Cedar Street, Suite 1800
St. Paul, MN 55101
T (800) 279-6386  F (612) 436-1801

johnsonbecker.com

April 14, 2025

**VIA ECF**

United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Attn: Hon. Katherine Parker

Re:   *Anecia Jackson v. Sensio, Inc.*
      Case No. 1:23-cv-03966-ALC-KHP

Dear Judge Parker,

Please accept this letter as the parties' status report in the above-referenced matter. As contemplated by the parties' last status report, Defendant has made its initial document production, with a supplemental production scheduled for next week. Plaintiff's counsel is in the process reviewing said production. Upon completion of the review, and assuming no deficiencies, Plaintiff will take the Fed. R. Civ. P. 30(b)(6) deposition of Sensio's representative(s).

The parties have, likewise, turned their attention to discovery from the Plaintiff. Defendant intends to take the in-person deposition of Plaintiff's liability expert, Dr. David Rondinone, in the coming months.

Should the Court need further information on any of the above, please do not hesitate to contact us.

1

Respectfully submitted,

| | |
|---|---|
| **JOHNSON BECKER, PLLC** | **COLELLA ZEFUTIE LLC** |
| | |
| */s/ Adam J. Kress* | /s/ *Anthony Laura  (w/ permission)* |
| Adam J. Kress, Esq. | Anthony Laura |
| *Admitted Pro Hac Vice* | |
| akress@johnsonbecker.com | Attorneys for Defendant Sensio, Inc. |
| Counsel for Plaintiff | |