```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANIECIA LASHELLE JACKSON,

                      Plaintiff,            **23-CV-3966 (ALC) (KHP)**

     -against-                    **ORDER ADJOURNING CASE**
                                                            **MANAGEMENT CONFERENCE**

SENSIO, INC.,

                      Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Stipulation of Voluntary Dismissal filed on November 13, 2025 (doc. no 60) the Case Management Conference currently scheduled for **November 13, 2025** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:     New York, New York
                November 13, 2025

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge